UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANFORD PAUL BUTLER,

        Petitioner,

v.                              Case No. 8:03-cv-1445-T-24TBM

JAMES V. CROSBY, JR.,

        Respondent.
_____/

## **ORDER**

The Court denied Petitioner Sanford Paul Butler's 28 U.S.C. § 2254 petition for writ of habeas corpus and his motion for reconsideration. Butler has now filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

That Butler's construed request for certificate of appealability (Doc. No. 33) is denied.

ORDERED at Tampa, Florida, on December 7, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Counsel of Record

Sanford Paul Butler